# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: NOMINATION PETITION OF SHAUN
GRIFFITH CANDIDATE FOR
PENNSYLVANIA'S 3RD CONGRESSIONAL
DISTRICT, DEMOCRATIC PARTY

APPEAL OF: THELMA PEAKE

: No. 17 EAP 2026
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2026, the Application of Appellant Thelma Peake for Leave to File Brief *Nunc Pro Tunc* is hereby **DENIED**. Appellant's Notice of Appeal is hereby **QUASHED** for failure to file a timely brief.